# RECORD RETENTION FORM - CIVIL CASES

Appellate Case No: 05-19-01200-CV

Style: In Re Candace Bell, Relator

County: Dallas

Case Disposition & Date:  Deny 11/21/19

Description/Subject of Case: mandamus

Companion case number(s):

RECOMMENDATIONS:  ☑ Destroy      ☐ Retain      **(keep only opinions that fall under archive retention criteria - see list below)**

☐ any landmark legal opinion;

☐ any case with a high degree of inherent legal interest;

☐ any case that involved significant people or events;

☐ any case that received a high degree of media attention;

☐ natural resource litigation (land and /or oil disputes with statewide impact, water rights and open beach cases);

☐ cases where monetary judgments exceed $10 million;

☐ cases involving a minimum of $1 million in state tax revenue;

☐ civil commitment cases stemming from criminal sexual assault cases; or

☐ records that, in the opinion of the Court, contain highly concentrated, unique, and valuable information unlikely to be found in any other source available to researchers.


SIGNED:  /s/ Justice Bill Whitehill

DATE: 11/21/19                                                          SERIES NO: